UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/09
```

EDDIE SANCHEZ,

                Plaintiff,

-v-

J. DORSEY and C.O. R. JOHNSON,

                Defendants.

No. 06 Civ. 7817 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court conducted a status conference in this matter on May 15, 2009. The conference was attended by counsel for Defendants, as well as Sameer Advani, Esq. and Gustavo Gonzales, Esq., both of the law firm Willkie Farr & Gallagher LLP. Plaintiff appeared at the conference via telephone, and requested that Messrs. Advani and Gonzales represent him in this matter on a *pro bono* basis. Defendants' counsel consented to the request. Accordingly, Plaintiff's request is granted, and Messrs. Advani and Gonzales are directed to file a notice of appearance on behalf of Plaintiff forthwith.

    As discussed at the conference, the parties are HEREBY ORDERED to submit a joint status letter by June 5, 2009. The letter shall indicate whether Plaintiff intends to seek leave to conduct additional discovery or amend his pleading, propose a schedule for carrying out any such request, and indicate when the parties are available for trial.

SO ORDERED.

Dated:      May 15, 2009
              New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE

Copies of this Order have been mailed to:

Eddie Sanchez 85A2625
Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York 10562

Christopher L. Van De Water
Assistant Attorney General
120 Broadway, 24th Floor
New York, New York 10271

Sameer Advani
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019