UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDDIE SANCHEZ,

          Plaintiff,

-v-

J. DORSEY and C.O. R. JOHNSON,

          Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/09
```

No. 06 Civ. 7817 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Defendants' July 22, 2009 letter requesting, on behalf of all the parties, a sixty-day extension of time in which to complete the supplemental discovery that was discussed at the June 19, 2009 status conference. On July 23, 2009, my chambers sought to contact Defendants' counsel in order to schedule a phone conference regarding this application, and left a voicemail message. As of the time of this order, Defendants' counsel have not returned the phone call. Accordingly, IT IS HEREBY ORDERED THAT counsel for all parties shall appear for a phone conference on July 24, 2009 at 12:00 p.m. The parties are directed to gather on a single conference line, and then to contact my chambers at (212) 805-0494.

SO ORDERED.

Dated:    July 24, 2009
             New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE